UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLWIN JOHNSON, JR.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00755-EPG (PC)<br><br>REQUEST FOR STANISLAUS COUNTY TO RESPOND TO PLAINTIFF'S ALLEGATIONS REGARDING LACK OF MEDICAL CARE (ECF NO. 1)<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND PLAINTIFF'S COMPLAINT TO STANISLAUS COUNTY AND THE COUNTY COUNSEL FOR STANISLAUS COUNTY<br><br>TWENTY-ONE DAY DEADLINE |

Aylwin Johnson, Jr., ("Plaintiff") is a prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on June 2, 2017. (ECF No. 1). Among other things, Plaintiff has alleged that he currently has a serious injury, and that the injury was not being treated at the time Plaintiff filed the complaint.

While the complaint has not yet been screened, because of the nature of Plaintiff's allegations, the Court will request a response from Stanislaus County regarding the medical care, if any, that Plaintiff is currently receiving for his alleged hand injury.

Accordingly, based on the foregoing, the Court requests that, within twenty-one (21) days from the date of service of this order, Stanislaus County file a response regarding the medical

1

care, if any, that Plaintiff is currently receiving for his alleged hand injury.

Additionally, IT IS ORDERED that the Clerk of Court is directed to serve Stanislaus County and the County Counsel for Stanislaus County with a copy of this order and a copy of Plaintiff's complaint (ECF No. 1).

IT IS SO ORDERED.

Dated: **June 5, 2017**　　　　　　　　　/s/ _Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE