# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLWIN JOHNSON, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00755-LJO-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF NOS. 8, 11, & 23) |

Aylwin Johnson, Jr. ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 15, 2017, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that all claims and defendants, except for Plaintiff's claims against defendants Dr. Ho, R.N. Larranaga, California Forensic Medical Group, Stanislaus County, and Stanislaus County Sheriff's Department for deliberate indifference to serious medical needs in violation of the Eighth Amendment, be dismissed without prejudice. (ECF No. 23, p. 13).

The parties were provided an opportunity to file objections to the findings and recommendations within fourteen days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on December 15, 2017, are ADOPTED IN FULL;
2. All claims and defendants, except for Plaintiff's claims against defendants Dr. Ho, R.N. Larranaga, California Forensic Medical Group, Stanislaus County, and Stanislaus County Sheriff's Department for deliberate indifference to serious medical needs in violation of the Eighth Amendment, are DISMISSED without prejudice; and
3. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **January 11, 2018**    /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE