UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLWIN JOHNSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA FORENSIC MEDICAL GROUP, et al., <br><br> Defendants. | Case No. 1:17-cv-00755-LJO-EPG (PC) <br><br> ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR COPY OF ORDER TO BE SENT TO LITIGATION COORDINATOR <br><br> (ECF NO. 28) <br><br> ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO THE LITIGATION COORDINATOR AT KERN VALLEY STATE PRISON |

Aylwin Johnson, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 16, 2018, Plaintiff filed a motion for the Court to send a copy of the Order Requiring Initial Disclosures and Setting an Initial Scheduling Conference to the litigation coordinator at Kern Valley State Prison. (ECF No. 28).

Plaintiff's motion will be granted in part. As the time for the scheduling conference has been changed (ECF No. 25), the Court will not send the litigation coordinator a copy of the Order Requiring Initial Disclosures and Setting an Initial Scheduling Conference. Instead, the Court notes that there is an initial scheduling conference in this case set for March 14, 2018, at 1:30 p.m., and will direct the Clerk of Court to send the litigation coordinator at Kern Valley State

1

Prison a copy of this order.

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's motion is granted in part. The Clerk of Court is directed to serve a copy of this order on the litigation coordinator at Kern Valley State Prison. Kern Valley State Prison shall make Plaintiff available for the conference at the time and date listed above.

IT IS SO ORDERED.

Dated: __**February 20, 2018**__           /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE