UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLWIN JOHNSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA FORENSIC MEDICAL GROUP, et al., <br><br> Defendants. | Case No. 1:17-cv-00755-LJO-EPG (PC) <br><br> ORDER DIRECTING DEFENDANTS TO COMPLY WITH ORDER REQUIRING INITIAL DISCLOSURES AND SCHEDULING CONFERENCE STATEMENTS <br><br> (ECF NO. 19) |

Aylwin Johnson, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. An initial scheduling conference is set for March 14, 2018. (ECF No. 25).

On December 6, 2017, the Court issued an order requiring the parties to exchange initial disclosures and file scheduling conference statements. (ECF No. 19). The deadlines for complying with the order have passed. Plaintiff filed a document called "Statement of Initial Disclosures," on January 16, 2018. (ECF No. 26). Defendants have not filed anything in connection with that order.

Accordingly, IT IS ORDERED THAT:

1. Defendants have until close of business on March 13, 2018, to file their scheduling conference statement.

\\\
\\\
\\\

1

It should indicate whether Defendants complied with their initial disclosures requirement, in addition to the other disclosures required by the Court's December 6, 2017 order.

IT IS SO ORDERED.

Dated: **March 7, 2018**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE