UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLWIN JOHNSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA FORENSIC MEDICAL GROUP, et al., <br><br> Defendants. | Case No. 1:17-cv-00755-LJO-EPG (PC) <br><br> ORDER DENYING PLAINTIFF'S MOTION TO RESCHEDULE CONFERENCE <br><br> (ECF NO. 44) <br><br> ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON AND THE LITIGATION COORDINATOR AT CCI |

Aylwin Johnson, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 1, 2018, Plaintiff filed what the Court construes as a motion to reschedule the discovery and status conference that was set for September 26, 2018. (ECF No. 44). According to Plaintiff, he informed correctional officers about the Court ordered call, but was not allowed to call apparently because the Court did not separately notify the institutional counselor.[1] Plaintiff asks that the conference be rescheduled and that the Court inform California Correctional Institution ("CCI") that he is allowed to be present for legal calls with the Court and defense counsel.

---

[1] The Court did not notify staff at CCI of the September 26, 2018 call. However, it has notified staff at CCI of the October 11, 2018 call (ECF No. 42).

1

The Court ordered that Plaintiff participate by telephone in a discovery and status conference set for September 28, 2018, in its scheduling order. (ECF No. 35) ("A discovery and status conference is set for **September 26, 2018, at 3:00 p.m**. Parties have leave to appear by phone. To join the conference, each party is directed to call the toll-free number **(888) 251−2909** and use **Access Code 1024453.**"). That order included the following:

> Plaintiff shall make arrangements with staff at his or her institution of confinement for his or her attendance at the discovery and status conference. Plaintiff's institution of confinement shall make Plaintiff available for the conference at the date and time indicated above.

(ECF No. 35, at p. 4).

The Court will not issue a blanket order to CCI directing that Plaintiff be allowed to be present for all legal calls with the Court and defense counsel because that is already the law. The Court's order is an order. Plaintiff's institution is already legally required to allow Plaintiff to attend Court conferences, and to obey court orders to make Plaintiff available.

The institution's alleged reason for failing to allow Plaintiff to joint the court conference--that the Court did not independently contact the prison's Litigation Office--is not a legal basis to deny Plaintiff access to the Court. The Court issued an order and it was served on Plaintiff, who is a participant in this lawsuit. If the prison doubted its validity, it has ways to verify that, including checking the public docket, contacting the Court's chambers at its publicly available contact number, or consulting its own attorneys. It cannot merely ignore the Court's order.

In this case, the conference began with the Judge, court staff, and defense attorney present. However, after waiting a substantial amount of time, the Court was unable to proceed without Plaintiff present.

The Court has now rescheduled the conference for October 11, 2018, at 9:30 a.m., and has contacted CCI directly to make Plaintiff available for this conference (ECF No. 42), although it was not required to do so. Thus, Plaintiff's motion will be denied.

Nevertheless, the Court wishes to remind the prison of its legal obligations to make

Plaintiff available for Court ordered appearances. The Court reserves its right to sanction staff at CCI if they ignore any such orders in the future.

Accordingly, based on the foregoing, IT IS ORDERED that:

1. Plaintiff's motion is DENIED; and
2. The Clerk of Court is directed to serve Supervising Deputy Attorney General Monica Anderson and the Litigation Coordinator at CCI with a copy of this order.

IT IS SO ORDERED.

Dated: **October 3, 2018**  /s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE