# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLWIN JOHNSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA FORENSIC MEDICAL GROUP, et al., <br><br> Defendants. | Case No. 1:17-cv-00755-LJO-EPG (PC) <br><br> ORDER GRANTING COUNSEL SANJAY SCHMIDT'S REQUEST FOR A CONFIDENTIAL TELEPHONE CALL WITH PLAINTIFF <br><br> ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON THE WARDEN AND LITIGATION COORDINATOR AT CALIFORNIA CORRECTIONAL INSTITUTION |

Aylwin Johnson, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

The Court held a telephonic discovery and status conference on October 26, 2018. Plaintiff appeared on behalf of himself, and Jerome Varanini appeared on behalf of Defendants. Potential *pro bono* counsel for Plaintiff, Sanjay Schmidt, also appeared.

At the conference Sanjay Schmidt requested a confidential telephone call with Plaintiff. For the reasons stated on the record, the Court will grant this request.

In accordance with the above, IT IS ORDERED THAT:

1. Sanjay Schmidt's request for a confidential telephone call with Plaintiff is GRANTED;
2. The Warden, Litigation Coordinator, and other correctional staff as needed at California Correctional Institution shall facilitate a confidential telephone call

between Aylwin Johnson, Jr., and attorney Sanjay Schmidt;

3. The confidential telephone call shall be placed on **Friday, November 2, 2018**, to begin at **1:30 p.m.**, and shall continue, without interruption, for a maximum of sixty (60) minutes or until completed, whichever is earlier. Correctional staff shall initiate the telephone call by calling attorney Schmidt at **(415)-563-8583**;

4. The telephone conversation shall be a confidential communication between attorney Schmidt and Aylwin Johnson, Jr., and conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep Aylwin Johnson, Jr., under visual surveillance during the telephone conversation;

5. Failure to comply with this order may result in the imposition of sanctions; and

6. The Clerk of Court is directed to serve this order via email on the Warden and the Litigation Coordinator at California Correctional Institution.

IT IS SO ORDERED.

Dated: **October 29, 2018**　　　　　　　／s／ _Eric P. Grosjean_
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE