# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLWIN JOHNSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA FORENSIC MEDICAL GROUP, et al., <br><br> Defendants. | Case No. 1:17-cv-00755-LJO-EPG (PC) <br><br> ORDER APPOINTING LIMITED PURPOSE COUNSEL |

Aylwin Johnson, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The Court finds that the appointment of counsel for Plaintiff on a limited purpose basis is warranted. Sanjay Schmidt has been selected from the Court's Pro Bono Attorney Panel to represent Plaintiff on a limited purpose basis and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Sanjay Schmidt is appointed as limited purpose counsel in the above-entitled matter. This appointment is for the limited purpose of:
   a. Consulting with/securing a medical expert for Plaintiff;
   b. Obtaining statements from two percipient witnesses that are currently housed in Stanislaus County jail;

1

  c. Deposing Defendants Dr. Ho and R.N. Larranaga;

  d. Deposing Dr. Thomas Raley;

  e. Procuring medical records of all radiographic imaging of Plaintiff's injured hand from the date of injury through the present, as well as pre-incident images (if there are any); and

  f. Procuring relevant policies from Stanislaus County and California Forensic Medical group.

2. While the Court is appointing Mr. Schmidt to perform the above-listed tasks, at this time the Court is not approving any expenses. The expenses incurred in performing the above-listed tasks must be approved in advance and be necessary to Plaintiff's case, given that the reimbursement funds come directly out of the Court's Non-Appropriated Fund, which is the limited fund for the entire district for all non-appropriated matters. The Court notes that under General Order No. 558 § 3, paragraph B, "[i]n the event of settlement or other successful resolution of the case which results in a monetary award to the indigent litigant equal to or exceeding the reimbursed costs under this section, the indigent litigant through counsel shall reimburse the Fund for such out-of-pocket expenses allowed and reimbursed under this section." In other words, any expenses incurred shall be reimbursed from any settlement or award to Plaintiff.

3. Mr. Schmidt's representation will terminate fifteen days after completion of all the above-listed tasks. If Mr. Schmidt wishes to increase the scope of his representation he may contact the Court's courtroom deputy via email at mrooney@caed.uscourts.gov. If the case proceeds to trial and Mr. Schmidt does not agree to represent Plaintiff at trial, the Court will consider appointing new counsel for Plaintiff, if deemed appropriate at that time.

4. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

5. The Clerk of Court is directed to serve a copy of this order to: Law Office of Sanjay S.

Schmidt, 1388 Sutter St, Ste 810, San Francisco, CA 94109.

IT IS SO ORDERED.

Dated: **November 13, 2018**  /s/ Eric P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE