IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED JAN 29 2019 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

Aylwin Johnson, Jr.,

Plaintiff(s)

vs.

California Forensic Medical Group, et al

Defendants.

No. 1:17-cv-00755-LJO-EPG (PC)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Sanjay S. Schmidt, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 13, 2018, by the Honorable Erica P. Grosjean, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Item No. 1.b. under the purposes for which I have been appointed is to obtain statements from two percipient witnesses that are currently housed in the Stanislaus County jail. See, ECF No. 51 at 1:27-28. These two individuals are: (1) Pedro Alvarez: Booking #1240468 (as of the date of this request, he is still housed in Stanislaus County Jail, with a 02/25/19 court date upcoming); and (2) Johnny Montalvo: Booking #1259239 (as of the date of this request, he is still housed in Stanislaus County Jail, with a 02/01/19 court date upcoming). I wish to hire Warren Yates, a qualified investigator that I have worked with in the past in various Stanislaus County-area matters, for this; he completes projects like this competently and cost-efficiently. He estimates that he can complete this work, including travel and report time, in about 4 hours. His rate is $75/hr. I will forward his CV tomorrow (I do not have it at the time of this request, and want to submit this in the meantime).

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 300.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:17-cv-00755-LJO-EPG (PC)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of January, 20 19, at San Francisco, California.

_[signature]_

Attorney for Plaintiff(s)

The above expenditure is _____ Approved    X Denied, see below.

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 1/29/19

_[signature]_ E. P. _____

United States District Judge/Magistrate Judge

It seems that witness interviews could be done by pro bono counsel, with only expense being transportation costs. If this is incorrect, counsel can request again with explanation. But the Court is concerned about planned expenditures in this matter.