IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Aylwin Johnson, Jr.,

Plaintiff(s)

vs.

California Forensic Med. Group, et al.,

Defendants.

_____/

No. 1:17-cv-00755-LJO-EPG (PC)

REQUEST FOR AUTHORITY TO INCUR
COSTS (APPOINTED COUNSEL) AND
REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Sanjay S. Schmidt , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 13, 2018 , by the Honorable Erica P. Grosjean , United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Some of the central issues in this case revolve around whether Defendants were deliberately indifferent concerning the fracture that Plaintiff sustained to his hand. See, ECF No. 23 at 3:14-13:8. To fulfill the scope of my appointment, I am requesting the following in this request: 1) Plaintiff Aylwin Johnson's medical records, which were requested from CDCR, require payment of an invoice in the amount of $70.93; this invoice is for 555 pages of records, and is attached to this request; 2) for approval to conduct the depositions of Dr. Ho, R.N. Larranaga, and Dr. Thomas Raley; I have negotiated a special rate with a court reporting company for purposes of this appointment, which would be a 25% discount. The normal charge is $4.40 per page for medical witnesses, so, based on an estimate of 8 hours, the normal rate would be ~$175/hr x 8=$1,400.00, but they are willing to discount it by 25%. The 25% discount will apply to the total, whatever the total page numbers are.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1,120.93 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:17-cv-00755-LJO-EPG (PC)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18 day of January , 20 19 , at San Francisco , California.

Attorney for Plaintiff(s)

The above expenditure is ___X___ Approved _____ Denied

Or,

_____Good cause appearing therefore, this matter is set for discovery conference, pursuant

to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: __1/25/19__

United States District Judge/Magistrate Judge