

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Aylwin Johnson, Jr.,

          Plaintiff(s)

vs.

California Forensic Med. Group, et al.,

          Defendants.

No. 1:17-cv-00755-LJO-EPG (PC)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Sanjay S. Schmidt, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 13, 2018, by the Honorable Erica P. Grosjean, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> One of the main purposes for which I have been appointed is to consult with and secure a medical expert for Plaintiff, as the central issues concern the reasonableness and adequacy of the care Plaintiff received from CFMG medical personnel, as well as Plaintiff's future prognosis. I have identified an Orthopedic Surgeon that has the requisite expertise, including with fifth metacarpal fractures, Leslie Konkin, MD; he has agreed to render services in this case at the discounted rate of $500/hr, even though his current rate is $600/hr. Dr. Konkin can render opinions on the key issues by simply reviewing key records, reviewing the radiographic imaging, and reviewing photos of Plaintiff's hand in its current state. He estimates this can be completed in 2.5 hours or less. Thus, I am requesting $1,250.00 for Dr. Konkin to perform a review and write an initial report. He has been retained by the US Atty's Ofc in at least 6 cases (a list of these and his CV & rate sheet are attached).

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

\*\*It should be noted, however, that this estimate is only for the review and initial report. If a full Rule 26(a)(2) report is needed, as well as deposition and trial testimony, then there will be additional expenses, for which additional requests would need to be submitted.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1,250.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of January, 20 19, at San Francisco, California.

*[signature]*

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: 1/29/19

*[signature]* E. P.

United States District Judge/Magistrate Judge