# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Aylwin Johnson, Jr.,

                Plaintiff(s)

vs.

California Forensic Medical Group, et al

                Defendants.

No. 1:17-cv-00755-LJO-EPG (PC)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Sanjay S. Schmidt, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 13, 2018, by the Honorable Erica P. Grosjean, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Counsel respectfully re-submits the previously submitted Request # 4 (attached hereto for reference), which provides the explanation requested by the Court in ECF No. 52. There are two main reasons the undersigned is requesting that the interviews of the two Stanislaus County jail inmates be conducted by an investigator. First, the undersigned's standard practice is to have witness interviews conducted by investigators, so counsel can avoid becoming a witness to statements made, which could be a conflict of interest if testimony about such statements later is needed. Second, the Stanislaus County Jail is about 92.4 miles from the undersigned's office in San Francisco; depending on traffic, this can be a 2 hour and 10 minute drive each way, or much longer. This means that an entire day would need to be devoted for counsel to travel to Stanislaus County to conduct the two interviews. Having a local investigator do them is strongly preferred for these reasons.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 300 or less.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:17-cv-00755-LJO-EPG (PC)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 1,120.93 | Depositions (ECF No. 53) | |
| 1,250.00 | Medical Expert (ECF No. 54) | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6 day of February, 20 19, at Oakland, California.

*[signature]*

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 2/7/19

*[signature]*

United States District Judge/Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aylwin Johnson, Jr.,<br>　　　　　Plaintiff(s)<br>　vs.<br>California Forensic Medical Group, et al<br>　　　　　Defendants.<br>_____/ | No. 1:17-cv-00755-LJO-EPG (PC)<br><br>REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT |

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Sanjay S. Schmidt, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 13, 2018, by the Honorable Erica P. Grosjean, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Item No. 1.b. under the purposes for which I have been appointed is to obtain statements from two percipient witnesses that are currently housed in the Stanislaus County jail. See, ECF No. 51 at 1:27-28. These two individuals are: (1) Pedro Alvarez: Booking #1240468 (as of the date of this request, he is still housed in Stanislaus County Jail, with a 02/25/19 court date upcoming); and (2) Johnny Montalvo: Booking #1259239 (as of the date of this request, he is still housed in Stanislaus County Jail, with a 02/01/19 court date upcoming). I wish to hire Warren Yates, a qualified investigator that I have worked with in the past in various Stanislaus County-area matters, for this; he completes projects like this competently and cost-efficiently. He estimates that he can complete this work, including travel and report time, in about 4 hours. His rate is $75/hr. I will forward his CV tomorrow (I do not have it at the time of this request, and want to submit this in the meantime).

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 300.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:17-cv-00755-LJO-EPG (PC)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of January , 20 19 , at San Francisco , California.

[signature]

Attorney for Plaintiff(s)


The above expenditure is _____ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: _____

_____
United States District Judge/Magistrate Judge