Sanjay S. Schmidt (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

FILED
MAR 04 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLWIN JOHNSON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br><br>Defendants. | Case No. 1:17-cv-00755-LJO-EPG (PC)<br><br>**ORDER DIRECTING CALIFORNIA CORRECTIONAL INSTITUTION (CCI TEHACHAPI) TO TAKE PHOTOGRAPHS AND RADIOGRAPHIC IMAGES OF PLAINTIFF'S HAND AND TO PROVIDE SUCH PHOTOGRAPHS AND IMAGES TO APPOINTED COUNSEL** |

**ORDER**

Aylwin Johnson, Jr. ("Plaintiff") is a state prisoner (CDC# AN-7199) proceeding *pro se* and *in forma pauperis* in this civil rights action, filed pursuant to 42 U.S.C. § 1983. Plaintiff is currently housed at a California Correctional Institution, in Tehahapi, CA ("CCI Tehachapi"). Counsel, Sanjay Schmidt, has been appointed for Plaintiff on a limited purpose basis. ECF No. 51 at 1:19-22. The appointment of Mr. Schmidt is for specified purposes, including consulting with/securing a medical expert for Plaintiff. ECF No. 51 at 1:26. The medical expert counsel has secured, Leslie A. Konkin, M.D., an Orthopedic Surgeon, requires that (1) certain, current

photographs be taken of Plaintiff's hand, examples of which (to demonstrate the views needed) are attached as **Exhibit 1** to this Order, and requires (2) current X-Rays of Plaintiff's hand, a prescription for which is attached as **Exhibit 2** to this Order.

Having considered the request of appointed counsel for the above-referenced photographs and X-Ray,

IT IS HEREBY ORDERED that:

1. The investigative services unit or any other unit at CCI Techachapi that is able to do so take current pictures of Plaintiff's hand of the views demonstrated in the pictures attached to this Order as **Exhibit 1**, in compliance with the procedures laid out by Stanley Trevor (ECF No. 58, p. 4), and that such pictures be promptly sent on a disc or thumb drive to appointed counsel, at: Law Office of Sanjay S. Schmidt, 1388 Sutter Street, Suite 810, San Francisco, CA 94109. Alternatively, the pictures can be sent via email, as long as digital versions of the pictures are sent in the highest resolution available, to: ss@sanjayschmidtlaw.com. Upon receipt of the pictures, Mr. Schmidt shall promptly produce copies to defense counsel; and

2. Plaintiff's request that radiographic imaging of Plaintiff's hand – X-Rays – be taken in accordance with a prescription is denied without prejudice, as outside the scope of the procedures laid out by Stanley Trevor. Mr. Schmidt may re-file the request with legal citations (or evidence) for the Court's authority to order an institution to take X-Rays.

**IT IS SO ORDERED.**

DATED: March 4, 2019

HON. ERICA P. GROSJEAN
United States Magistrate Judge

# EXHIBIT 1
# Views of Photographs to be Taken of Plaintiff's Hand







# EXHIBIT 2
# Prescription for X-Ray

## Modesto Orthopedic Group
1501 Oakdale Road, Suite 301, Modesto, CA 95355
209/ 571-5071 • Fax 209/ 577-1157

000186
17321084104

☑ Leslie A. Konkin, MD
DEA # AK5659151
LIC. G24534

☐ Robert M. Cash, MD
DEA # BC3912563
LIC. G82064

☐ Kyle R. McClintock, DO
DEA # FM3359650
LIC. 20A15548

PATIENT NAME: Johnson
DOB:
GE: 79

1) Xray R hand
   A-P lateral
2) oblique views
   Hx of malunion
3) R 5th metacarpal

Signature: L A Konkin
Date: 2/22/19

Prescription is void if the number of drugs prescribed is not noted: 1