# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| AYLWIN JOHNSON, JR., | Case No. 1:17-cv-00755-LJO-EPG (PC) |
|---|---|
| Plaintiff, | ORDER REQUIRING PARTIES TO MEET AND CONFER RE: SETTLEMENT CONFERENCE DATES |
| v. | |
| CALIFORNIA FORENSIC MEDICAL GROUP, et al., | |
| Defendants. | |

Aylwin Johnson, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se*[1] and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

As the dispositive motion deadline has passed (see ECF No. 49) and not all defendants filed a motion for summary judgment, the Court will require a settlement conference in this case before the pretrial conference.

Accordingly, IT IS ORDRED that:

1. The parties shall meet and confer[2] regarding when to schedule a settlement conference, which must take place before the pretrial conference set for November 6, 2019.

\\\

---

[1] Limited purpose counsel has been appointed. (ECF Nos. 51 & 61).
[2] The parties may meet and confer via telephone or letters.

1

2. Within three weeks from the date of service of this order, the parties shall file a notice containing each parties' preferred dates for the settlement conference.

IT IS SO ORDERED.

Dated: **April 23, 2019**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE