UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLWIN JOHNSON, JR., | Case No. 1:17-cv-00755-LJO-EPG (PC) |
| Plaintiff, | ORDER GRANTING COUNSEL SANJAY SCHMIDT'S REQUEST FOR A CONFIDENTIAL TELEPHONE CALL WITH PLAINTIFF |
| v. | |
| CALIFORNIA FORENSIC MEDICAL GROUP, et al., | ORDER DIRECTING CLERK OF COURT TO EMAIL A COPY OF THIS ORDER TO THE WARDEN AND LITIGATION COORDINATOR AT CALIFORNIA CORRECTIONAL INSTITUTION |
| Defendants. | |

**ORDER**

Aylwin Johnson, Jr. ("Plaintiff"), is a state prisoner (CDC #AN-7199) proceeding *pro se* and *in forma pauperis* in this civil rights action, filed pursuant to 42 U.S.C. § 1983. Plaintiff is currently housed at a California Correctional Institution, in Tehahapi, CA ("CCI Tehachapi").

Counsel, Sanjay Schmidt and T. Kennedy Helm, have been appointed for Plaintiff on a limited purpose basis. (ECF No. 51 at 1:19-2:8; ECF No. 61 at 1:23-2:8). Counsel have requested a confidential telephone call with Plaintiff, submitting a letter and declaration in support thereof.

Having considered the request of appointed counsel for a confidential telephone call with Plaintiff, and good cause appearing therefor, the Court will grant this request.

In accordance with the above, IT IS HEREBY ORDERED THAT:

1. Counsels' request for a confidential telephone call with Plaintiff is GRANTED;

2. The Warden, Litigation Coordinator, and other correctional staff as needed at CCI Tehachapi shall facilitate a confidential telephone call between Aylwin Johnson, Jr., and attorneys Sanjay Schmidt and T. Kennedy Helm;

3. The confidential telephone call shall be placed on **Friday, May 3, 2019**, to begin at **1:30 p.m.**, or at any other time mutually agreed upon between counsel and the staff of CCI Tehachapi, and shall continue, without interruption, for a maximum of sixty (60) minutes or until completed, whichever is earlier. Correctional staff shall initiate the telephone call by calling attorney Schmidt at **(415)-563-8583**, who can then call Mr. Helm and conference him into the call;

4. The telephone conversation shall be a confidential communication between attorneys Schmidt and Helm and Aylwin Johnson, Jr., and shall be conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep Aylwin Johnson, Jr., under visual surveillance during the telephone conversation;

5. Failure to comply with this order may result in the imposition of sanctions; and

6. The Clerk of Court is directed to serve this order via email on the Warden and the Litigation Coordinator at CCI Tehachapi.

IT IS SO ORDERED.

Dated: __April 30, 2019__     /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE