| | |
|---|---|
| | |

| | |
|---|---|
| AYLWIN JOHNSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA FORENSIC MEDICAL GROUP, et al., <br><br> Defendants. | Case No. 1:17-cv-00755-LJO-EPG (PC) <br><br> ORDER RE: STIPULATED DISMISSAL OF DEFENDANTS LISA LARRANAGA AND STANISLAUS COUNTY WITH PREJUDICE <br><br> ORDER DENYING MOTION FOR SUMMARY JUDGMENT AS MOOT <br><br> (ECF NOS. 62 & 67) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Aylwin Johnson, Jr. ("Plaintiff"), and defendants Lisa Larranaga and Stanislaus County (also sued as "Stanislaus County Sheriff's Department") have filed a joint stipulation to dismiss with prejudice all claims against Lisa Larranaga and Stanislaus County (also sued as "Stanislaus County Sheriff's Department"), with each of these parties bearing their own costs and attorneys' fees as to the dismissed claims. (ECF No. 67). In light of the parties' stipulation, the case against defendants Lisa Larranaga and Stanislaus County (also sued as "Stanislaus County Sheriff's Department") has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of Court is directed to reflect the dismissal of defendants Lisa Larranaga, Stanislaus County, and Stanislaus County Sheriff's Department on the Court's docket.

\\\

\\\

| | |
|---|---|
| 1 | Additionally, as defendants Lisa Larranaga and Stanislaus County (also sued as "Stanislaus County Sheriff's Department") have been dismissed from this action, IT IS ORDERED that their motion for summary judgment (ECF No. 62) is DENIED as moot. |

IT IS SO ORDERED.

Dated: **May 13, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE