UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLWIN JOHNSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA FORENSIC MEDICAL GROUP, et al., <br><br> Defendants. | Case No. 1:17-cv-00755-LJO-EPG (PC) <br><br> ORDER FOR PARTIES TO SHOW CAUSE WHY THEY SHOULD NOT BE SANCTIONED FOR FAILING TO FILE A NOTICE CONTAINING PREFERRED DATES FOR A SETTLEMENT CONFERENCE <br><br> TWENTY-ONE DAY DEADLINE |

Aylwin Johnson, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se*[1] and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 24, 2019, the Court issued an order directing the parties to "meet and confer regarding when to schedule a settlement conference, which must take place before the pretrial conference set for November 6, 2019." (ECF No. 63, p. 1) (footnote omitted). The Court further ordered that, "[w]ithin three weeks from the date of service of this order, the parties shall file a notice containing each parties' preferred dates for the settlement conference." (Id. at 2).

The deadline for filing the notice has passed, and neither party has filed a notice

---

[1] Limited purpose counsel has been appointed. (ECF Nos. 51 & 61).

1

containing preferred dates for a settlement conference.

        Accordingly, it is HEREBY ORDERED that, within twenty-one (21) days from the date of service of this order, each party shall show cause why that party should not be sanctioned for failing to file a notice containing the parties' preferred dates for a settlement conference.[2]

IT IS SO ORDERED.

Dated: **June 6, 2019**

/s/ *Erin P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

---

[2] While Plaintiff has been appointed limited purpose counsel, Plaintiff's counsel have not been appointed for the purpose of scheduling or attending a settlement conference. (See ECF Nos. 51 & 61).