UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLWIN JOHNSON, JR.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00755-LJO-EPG (PC)<br><br>ORDER DISCHARGING ORER FOR PARTIES TO SHOW CAUSE WHY THEY SHOULD NOT BE SANCTIONED FOR FAILING TO FILE A NOTICE CONTAINING PREFERRED DATES FOR A SETTLEMENT CONFERENCE<br><br>(ECF NO. 69) |

Aylwin Johnson, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se*[1] and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 24, 2019, the Court issued an order directing the parties to "meet and confer regarding when to schedule a settlement conference, which must take place before the pretrial conference set for November 6, 2019." (ECF No. 63, p. 1) (footnote omitted). The Court further ordered that, "[w]ithin three weeks from the date of service of this order, the parties shall file a notice containing each parties' preferred dates for the settlement conference." (Id. at 2).

The deadline for filing the notice passed, and neither party filed a notice containing preferred dates for a settlement conference. Therefore, the Court directed the parties to show

---

[1] Limited purpose counsel have been appointed. (ECF Nos. 51 & 61).

1

cause why they should not be sanctioned for failing to file a notice containing the parties' preferred dates for a settlement conference. (ECF No. 69).

On June 8, 2019, Defendants filed their response to the order to show cause. (ECF No. 70). Defense counsel states that he has been in contact with Plaintiff's limited purpose counsel concerning the settlement conference, but did not realize he was supposed to contact Plaintiff.[2] In addition to filing their response, Defendants filed (and served Plaintiff with) a copy of their preferred dates for the settlement conference. (ECF No. 70-1, p. 1; ECF No. 70-2, p. 1).

In light of Defendants' response, and the fact that the meet and confer process has begun, IT IS ORDERED that:

1. The order to show cause issued on June 7, 2019 (ECF No. 69), is DISCHARGED; and
2. Promptly after receiving Plaintiff's reply to his notice of preferred settlement conference dates, defense counsel shall contact Alternate Dispute Resolution Coordinator Sujean Park (spark@caed.uscourts.gov) to arrange a date for the settlement conference.

IT IS SO ORDERED.

Dated: **June 10, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[2] While Plaintiff has been appointed limited purpose counsel, Plaintiff's counsel have not been appointed for the purpose of scheduling or attending a settlement conference. (See ECF Nos. 51 & 61). Plaintiff's limited purpose counsel may contact the Court if they wish to increase the scope of their representation (ECF No. 51, p. 2; ECF No. 61, p. 2), but they have not yet done so.