UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLWIN JOHNSON, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00755-LJO-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT AYLWIN JOHNSON, JR., CDC #AN-7199<br><br>(ECF NO. 75) |

Aylwin Johnson, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se*[1] and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On August 12, 2019, the Court issued an Order & Writ of Habeas Corpus Ad Testificandum to the Warden of High Desert State Prison, directing the Warden to Transport Plaintiff to court. (ECF No. 75).

As Plaintiff is not currently confined in High Desert State Prison, IT IS ORDERED that the Order & Writ of Habeas Corpus Ad Testificandum to transport Aylwin Johnson, Jr., CDC #AN-7199, is VACATED.

IT IS SO ORDERED.

    Dated: __**August 15, 2019**__            /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Limited purpose counsel have been appointed. (ECF Nos. 51 & 61)

1