UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLWIN JOHNSON, JR.,<br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br>    Defendants. | Case No. 1:17-cv-00755-LJO-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT AYLWIN JOHNSON, JR., CDC #AN-7199, PLAINTIFF'S WITNESS<br><br>DATE: September 12, 2019<br>TIME: 10:00 a.m. |

 Aylwin Johnson, Jr., inmate, CDC #AN-7199, a necessary and material witness in proceedings in this case on September 12, 2019, is confined at Stanislaus County, 1115 H. St., Modesto, CA 95354, in the custody of the Sheriff. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jeremy D. Peterson in Courtroom #6, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California, on September 12, 2019, at 10:00 a.m.

 **ACCORDINGLY, IT IS ORDERED that:**

 1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

 2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Sheriff of Stanislaus County**

 **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court.

 **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **August 15, 2019**         
                     UNITED STATES MAGISTRATE JUDGE

