UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLWIN JOHNSON, JR.,<br><br>  Plaintiff,<br><br> v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br><br>  Defendants. | Case No. 1:17-cv-00755-LJO-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT AYLWIN JOHNSON, JR., CDC #AN-7199<br><br>(ECF NO. 79) |

Aylwin Johnson, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se*[1] and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On August 15, 2019, the Court issued an Order & Writ of Habeas Corpus Ad Testificandum to Transport Aylwin Johnson, Jr., CDC #AN-7199 (ECF No. 79), so that he could attend and participate in the settlement conference that was scheduled for September 12, 2019.

On August 21, 2019, the settlement conference judge vacated the settlement conference. (ECF No. 81).

Because the settlement conference has been vacated, IT IS ORDERED that the Order & Writ of Habeas Corpus Ad Testificandum to Transport Aylwin Johnson, Jr., CDC #AN-7199, is VACATED.

IT IS SO ORDERED.

 Dated:  **August 21, 2019**      /s/ *Erica P. Grosjean*
                       UNITED STATES MAGISTRATE JUDGE

---

[1] Limited purpose counsel have been appointed. (ECF Nos. 51 & 61)

1