IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Aylwin Johnson, Jr.

                Plaintiff(s)

vs.

California Forensic Medical Group, et al

                Defendants.

                     /

No. 1:17-cv-00755-LJO-EPG (PC)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Sanjay S. Schmidt, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 13, 2018, by the Honorable Erica P. Grosjean, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> It is important that we provide Plaintiff with a copy of all documents in his case, including the discovery we obtained on his behalf, and the depositions we conducted on his behalf, as well as all other documents; that way, he has a complete set. These documents consume 2600+ pages. Plaintiff was moved from CCI Tehachapi to High Desert State Prison ("High Desert"), but despite several calls, High Desert was never able to provide a "housing number," which is necessary in order to ensure documents mailed are received. Then, Plaintiff was moved to the Stanislaus County Jail for a series of hearings in Stanislaus County regarding a pending Habeas Corpus petition concerning his underlying conviction. Hearings are set on 09/04/19 and 09/30/19. He will remain there until these hearings have concluded. The cheapest shipping rate is $29.40. The estimated rates are attached. I respectively request approval to incur a cost of no more than $40.00 to complete this mailing.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ $40.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:17-cv-00755-LJO-EPG (PC)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 1,120.93 | 1) procurement of medical records, 2) depositions (ECF No. 53) | |
| 1,250.00 | appointment of medical expert (Dr. Konkin) (ECF No. 54) | |
| 300 or less | investigator to conduct interviews of two jail inmates (ECF No. 55) | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of August, 20 19, at San Francisco, California.

*[signature]*

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 8/8/19

*[signature] E. P.*

United States District Judge/Magistrate Judge