IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Aylwin Johnson, Jr.,

        Plaintiff(s)

vs.

California Forensic Med. Group, et al.,

        Defendants.

No. 1:17-cv-00755-LJO-EPG (PC)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Sanjay S. Schmidt, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 13, 2018, by the Honorable Erica P. Grosjean, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

It is imperative that Plaintiff have a complete set of all documents in his case, including all of the discovery that has been obtained and conducted on his behalf. The Plaintiff did not have a complete set of records and documents. Thus, it was necessary to have a full set printed for him, since he is unable to receive these documents in a digital format, given his custody status. Colour drop performed the printing for a reduced rate by applying a 20% discount to the total of $286.00 (.11 x 2,600), which comes to $228.00. Having these documents is necessary and imperative for Plaintiff to be able to effectively prepare for trial and represent himself at trial, if the case does not resolve at the settlement conference. Thus, I am respectfully requesting reimbursement for these printing costs. It should be noted that the previously approved funding of $300 for an investigator to interview two witnesses in the Stanislaus County jail was not used. The invoice is attached.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ $228.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:17-cv-00755-LJO-EPG (PC)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 1,120.93 | 1) procurement of medical records, and 2) depositions (ECF No. 53) | |
| 1,250.00 | appointment of medical expert (Dr. Konkin) (ECF No. 54) | |
| 300 or less | investigator fees for interviews of Stanislaus County inmates (ECF No. 55) | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of August, 20 19, at San Francisco, California.

*[signature]*

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 8/8/19

*[signature]*

United States District Judge/Magistrate Judge