IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Johnson

　　　　　　　Plaintiff(s)

vs.

CA Forensic Medical Group

　　　　　　　Defendants.

　　　　　　　　　　　　　　　／

No. 1:17-cv-0755-LJO-EPG

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, T. Kennedy Helm, IV , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on March 25, 2019 , by the Honorable Erica P. Grosjean , United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Plaintiff's Expert, Dr. Konkin, had requested Plaintiff's medical records in a binder; on April 4, 2019, on a rush basis, I paid $614.67 to Copy Station to copy Plaintiff's medical records (in color where necessary) and put them in a binder (Invoice No. 252379). I also paid Copy Station $103.79 to courier the binder of records to Dr. Konkin (Invoice No. 252415). On May 21, I incurred $43.69 to obtain Plaintiff's updated CDCR medical records (invoice attached). On August 16, 2019, to meet with Mr. Johnson in person to prepare for the scheduled settlement conference, I drove from my office in Oakland to the Stanislaus County Jail in Modesto and then back to Oakland, a round trip of 160 miles. At the 2019 rate of $.058 per mile, I seek reimbursement of $92.80. In total, I seek reimbursement of $854.95.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 854.95 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:17-cv-0755-LJO-EPG

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $1,120.93 | Depositions | $0 |
| $1,250.00 | Medical Expert | $0 |
| $228.00 | Copies | $0 |
| $375.00 | Investigator Photos - Not completed. | N/A |
| $300.00 | Investigator Witness Statements - Not completed. | N/A |
| $40.00 | Postage/Shipping to Plaintiff - Not completed. | N/A |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30th day of September, 20 19, at Oakland, California.

T. Kennedy Helm, IV

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: Oct 7, 2019

United States District Judge/Magistrate Judge