UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLWIN JOHNSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA FORENSIC MEDICAL GROUP, et al., <br><br> Defendants. | Case No. 1:17-cv-00755-LJO-EPG (PC) <br><br> ORDER DIRECTING CLERK TO CLOSE THE CASE <br><br> (ECF NO. 87) <br><br> ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO PLAINTIFF AT STANISLAUS COUNTY JAIL |

On October 11, 2019, the remaining parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 87).[1] In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

Additionally, the Clerk of Court is directed to send a copy of this order to Plaintiff, Booking #1456846, at Stanislaus County Jail, 1115 H. Street, Modesto, CA 95354.

IT IS SO ORDERED.

Dated: **October 15, 2019**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants Lisa Larranaga and Stanislaus County (also sued as "Stanislaus County Sheriff's Department") were previously dismissed. (ECF Nos. 67 & 68).

1